1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8   JAMES ANTHONY WILLIAMS,

9                            Plaintiff,         Case No. C15-487-JLR

10      v.

                                                ORDER GRANTING PLAINTIFF'S
11   MARK JONES, *et al.*,                       MOTION TO DISMISS

12                           Defendants.

13

14       The Court, having reviewed plaintiff's complaint, plaintiff's motion to dismiss this action,

15   the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate

16   Judge, and the remaining record, does hereby find and ORDER:

17       (1)    The Court adopts the Report and Recommendation.

18       (2)    Plaintiff's motion to voluntarily dismiss this action (Dkt. 24) is GRANTED in

19   accordance with Fed. R. Civ. P. 41(a)(2). Plaintiff's civil rights complaint (Dkt. 6) and this

20   action are DISMISSED with prejudice.

21       (3)    Defendants' motion for summary judgment (Dkt. 19) is STRICKEN as moot.

22

23

ORDER GRANTING PLAINTIFF'S
MOTION TO DISMISS - 1

1      (4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

2 defendants, and to the Honorable James P. Donohue.

3     DATED this 16th day of December, 2015.

6        JAMES L. ROBART
       United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO DISMISS - 2